IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OLGA MARLENE BERCIAN ALVAREZ,<br><br>    Plaintiff,<br><br>v<br><br>PLS AUTO, INC.,<br><br>    Defendants, | Cause No.: 1:20-cv-2994-JRS-TAB |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

  Plaintiff, having filed the Stipulation of Dismissal with Prejudice, and The Court, being duly advised, hereby ORDERS this cause of action DISMISSED, with prejudice. Each party shall bear its own costs and attorney fees.

Date: 5/3/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF.